UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY RAY PRICE,<br><br>                        Petitioner,<br>    v.<br>STATE OF NEVADA, et al.,<br><br>                        Respondents. | Case No. 3:23-cv-00477-ART-CLB<br><br>Order Dismissing Action as<br>Improperly Commenced |

      Anthony Ray Price, who is custody at the Washoe County Detention Center, has attempted to initiate a 28 U.S.C. § 2254 habeas corpus petition. But he used a form to bring a motion, not a form for a habeas petition, and his claims are unclear. The local rules require that Price use this Court's habeas petition form. LSR 3-1. Price included what he called a financial certificate (ECF No. 1-1 at 5), but he did not submit a fully completed application to proceed *in forma pauperis*. This action, therefore, has been improperly commenced. Thus, the Court dismisses it without prejudice to filing a habeas petition on the Court's form, accompanied by the $5.00 filing fee or a fully completed application to proceed *in forma pauperis*.[1]

      It is therefore ordered that this action is dismissed without prejudice.

      It is further ordered that the Clerk of the Court send Petitioner the approved form for filing a 28 U.S.C. § 2254 petition and instructions for the same and the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

      It is further ordered that a certificate of appealability is denied, as jurists

---

[1] The Court also notes that seeking relief in federal court appears to be premature. Price apparently seeks to challenge additional charges brought against him in July 2023. (*See* ECF No. 1-1 at 4.) The Court takes judicial notice that in the short time period since those charges were added, Price cannot have exhausted his state-court remedies.

of reason would not find the Court's dismissal of this action without prejudice.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 21st day of November 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE